Todd M. Friedman, Esq. (216752)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE PULIDO,** Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff(s)<br><br>vs.<br><br>**DESIGNED RECEIVABLE SOLUTIONS, INC., and DOES 1 through 10, inclusive,**<br><br>Defendant. | Case No.  2:16-cv-08798-CBM-SK<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with prejudice as to the named plaintiff, and without prejudice as to the putative class. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Although this case was filed as a class action, no class has been certified, and court approval of this voluntary dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil Procedure.

Respectfully submitted this 3rd day of March, 2017

By: s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN
Attorney for Plaintiffs

Filed electronically on this 3rd day of March, 2017, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Consuelo B. Marshall
United States District Court
Central District of California

And sent via mail to:

David J Kaminski
Carlson and Messer LLP

Jeanne L Zimmer
Carlson and Messer LLP

Shawn Eldridge
Carlson and Messer LLP


s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN

Notice of Voluntary Dismissal- 2